**STATE of Missouri, Respondent,**

v.

**John CAUDILL, Appellant.**

**John CAUDILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46344, WD 47701.**

Missouri Court of Appeals,
Western District.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of murder in the second degree, armed criminal action, robbery in the second degree and sentences imposed as well as denial of Rule 29.15 motion.

Affirmed. Rule 30.25(b) and Rule 84.16(b).